IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERESA FORSYTHE | : | |
| | : | |
| v. | : | CIVIL NO. CCB-11-2804 |
| | : | |
| ARGOS ALLIANCE GROUP, LLC | : | |

...o0o...

## **ORDER**

A default having been entered by the Clerk on January 10, 2012 and a motion supported by affidavit having been filed on March 7, 2012, it is hereby this 31st day of May, 2012 **ORDERED** that:

1. judgment is entered in favor of the plaintiff Teresa Forsythe and against the defendant Argos Alliance Group, LLC, in the amount of **$10,000** in damages and **$4,936.49** in attorney's fees and costs, for a total of **$14,936.49**;

2. copies of this Order shall be sent to the defendant and counsel of record; and

3. the Clerk shall **CLOSE** this case.

/s/
Catherine C. Blake
United States District Judge